UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JAMES DAVID HAWES** | **CIVIL ACTION** |
| **VERSUS** | **NO. 08-084** |
| **LT. LAROUSH   ET AL.** | **SECTION "B" (2)** |

### ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Findings and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion.

Accordingly, **IT IS ORDERED** that the claims of James David Hawes are **DISMISSED WITH PREJUDICE** for failure to prosecute.

New Orleans, Louisiana, this 27th day of May, 2008.

_____
UNITED STATES DISTRICT JUDGE